# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-20419
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 21, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff—Appellee

v.

JESUS ARRIAGA-RAMOS, also known as Jesus Ramos Arriaga, also known
as Jesus Francisco Chavez-Ramos, also known as Jesus Arriaga,

Defendant—Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CR-513-1

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Jesus
Arriaga-Ramos has moved for leave to withdraw and has filed a brief in
accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States
v. Flores*, 632 F.3d 229 (5th Cir. 2011). Arriaga-Ramos has not filed a response.
We have reviewed counsel's brief and the relevant portions of the record

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-20419

reflected therein.    We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.    Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.